Certificate Number: 15317-MA-CC-016255801



15317-MA-CC-016255801

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 06, 2011</u>, at <u>10:42</u> o'clock <u>PM EDT</u>, <u>Aravanh Lakmany</u> received from <u>Access Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Massachusetts</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>October 06, 2011</u>       By:    <u>/s/John Nico M Dayo</u>

                                    Name:  <u>John Nico M Dayo</u>

                                    Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See U.S.C. §§ 109(h) and 521(b).

Certificate Number: 15317-MA-CC-016255800



15317-MA-CC-016255800

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 06, 2011, at 10:42 o'clock PM EDT, Aimee Lakmany received from Access Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Massachusetts, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  October 06, 2011              By:    /s/John Nico M Dayo

                                     Name:  John Nico M Dayo

                                     Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See U.S.C. §§ 109(h) and 521(b).